UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X

MICHAEL BURCH,

                Plaintiff,

-against-                                            24 CIVIL 1803 (CS)

**JUDGMENT**

NEW YORK STATE,

                Defendant.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 1, 2024, the Court has dismissed Plaintiff's Amended Complaint. To the extent that Plaintiff intended to assert state law claims, the Court declines to exercise supplemental jurisdiction over them. See 28 U.S.C. § 1367(c)(3); Carnegie-Mellon Univ. v. Cohill, 484 U.S. 343, 350 n.7 (1988); Kolari v. New York-Presbyterian Hosp., 455 F.3d 118, 122 (2d Cir. 2006). Finally, Plaintiff's argument that vehicle registration laws do not apply to him because he was driving in a private capacity is frivolous. See Sposato v. Carey, No. 23-CV-364, 2024 WL 637423, at *5 (N.D.N.Y. Feb. 15, 2024) (collecting cases), appeal docketed, No. 24-536 (2d Cir. Mar. 18, 2024); Andreaccio v. Weaver, 674 F. Supp. 3d 1011, 1021 (D. Nev. 2023); Michael-Charles v. Pender, No. 22-CV-2, 2022 WL 474265, at *2-3 (E.D. Mo. Feb. 16, 2022). The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). Judgment is entered for Defendant; accordingly, the case is closed.

**Dated:** New York, New York

      May 1, 2024

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                                **BY:**    *K. Mango*

                                                                 **Deputy Clerk**